In the Matter of JAMES COLEMAN et al., Appellants, against JOHN H. DELANEY et al., Constituting the Board of Transportation of the City of New York, et al., Respondents.

Argued November 16, 1943; decided January 6, 1944.

*William H. Darrow* for appellants.

*Ignatius M. Wilkinson, Corporation Counsel (Seymour B. Quel* and *Charles F. Murphy* of counsel), for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.